IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                    ORDER

                Plaintiff,

                                                01-cr-112-jcs

    v.

BRIAN DORENZO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    The order entered herein on March 19, 2008 is VACATED.

    Entered this 24th day of March, 2008.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge